■ KATHLEEN M. LAPENTA et al., Appellants, v LOCA-BIK LTEE TRANSPORT et al., Respondents. (Appeal No. 2.) [661 NYS2d 570] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Michalek, J.—Set Aside Verdict.) Present—Pine, J. P., Lawton, Doerr, Balio and Boehm, JJ.